**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BARBARA G. ROBINSON,

        Plaintiff,

v.                                                  Case No:   6:24-cv-1143-WWB-LHP

ORANGE COUNTY GOVERNMENT
DEPARTMENT,

        Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:** PLAINTIFF'S REQUEST FOR PERMISSION TO E-FILE DOCUMENTS   (Doc. No. 4)
>
> **FILED:** June 27, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

Plaintiff filed another copy of the same motion.  *See* Doc. No. 8.

> **MOTION:** PLAINTIFF'S REQUEST FOR PERMISSION TO E-FILE DOCUMENTS   (Doc. No. 8)
>
> **FILED:** August 5, 2024

> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff, proceeding *pro se*, requests permission to e-file documents through the Court's CM/ECF system. Doc. No. 8. On review, the request will be denied without prejudice. First, Plaintiff's request fails to comply with the Local Rules, namely Local Rule 3.01(a). Second, "[w]hile an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances justifying such relief." *Hooker v. Wilkie*, No. 8:20-cv-1248-T-02-CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020) (citations omitted). The instant motion (Doc. No. 8) is insufficient to satisfy this standard.

Plaintiff is advised that she may view documents and orders filed in this case at the Office of the Clerk of Court or for a fee by registering through the Public Access to Court Electronic Records ("PACER") service. Plaintiff is further advised that pursuant to the Court's Administrative Procedures for Electronic Filing, Plaintiff may submit documents electronically through the Electronic Document Submission Portal.[1]

---

[1] The Court's Administrative Procedures for Electronic Filing can be found on the Court's website, www.flmd.uscourts.gov, under "Filing a Case" and then selecting

**DONE** and **ORDERED** in Orlando, Florida on August 7, 2024.

                                                                        _____
                                                                        LESLIE HOFFMAN PRICE
                                                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

"Administrative Procedures for Electronic Filing (PDF)."