**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BARBARA G. ROBINSON,

        Plaintiff,

v.                                      Case No:   6:24-cv-1143-WWB-LHP

ORANGE COUNTY GOVERNMENT
DEPARTMENT,

        Defendant

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **MOTION FOR CLARIFICATION AND PERMISSION TO PARTICIPATE IN E-FILE DOCUMENTS**  (Doc. No. 12)
>
> **FILED:**  August 13, 2024
>
> ___
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff previously filed a request to e-file documents in this case through the Court's CM/ECF system.  Doc. No. 8; *see also* Doc. No. 4.  The Court denied the request without prejudice for failure to comply with the Local Rules and failure

to demonstrate good cause. Doc. No. 11. Now before the Court is Plaintiff's motion for clarification and renewed request for access to CM/ECF. Doc. No. 12.

Upon review, the Court finds Plaintiff's motion well taken based on the explanation provided. *See also Robinson v. Piesko et al.*, No. 6:20-cv-32-Orl-EJK, Doc. No. 9 (M.D. Fla. Jan. 29, 2020) (permitting Plaintiff to e-file). Accordingly, the Court will permit Plaintiff to file electronically in this case, provided that Plaintiff complies with the Administrative Procedures for Electronic Filing.[1] Failure to comply will result in the removal of electronic filing privileges. Plaintiff is further advised that the privilege granted herein will be revoked if she misuses or abuses CM/ECF.

Plaintiff is directed to the Court's website, https://www.flmd.uscourts.gov/cmecf, for the requirements of Non-Attorney E-File Registration. Upon registration, Plaintiff will receive service of Court filings solely through CM/ECF. *See* Fed. R. Civ. P. 5(b)(2)(E).

---

[1] The Administrative Procedures for Electronic Filing are available on the Court's website, https://www.flmd.uscourts.gov, by selecting "Filing a Case," and "Administrative Procedures for Electronic Filing (PDF).

- 3 -

**DONE** and **ORDERED** in Orlando, Florida on October 3, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties