# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BARBARA G. ROBINSON,

       Plaintiff,

v.                                                    Case No:   6:24-cv-1143-WWB-LHP

ORANGE COUNTY GOVERNMENT
DEPARTMENT,

       Defendant

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM   (Doc. No. 20)** |
| **FILED:** | **November 18, 2024** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Defendant has not supplemented the motion as required by Local Rule 3.01(g)(3).  *See* Local Rule 3.01(g)(3) (providing that if the opposing party is unavailable for a conference prior to filing a motion, the movant must diligently

attempt contact for three days, and upon contact or expiration of the three-day period, the movant must file a supplement to the motion, and that failure to supplement can result in the denial of a motion without prejudice).  Defendant may re-file the motion within **seven (7) days** of the date of this Order, in full compliance with the Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on November 25, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties